FEBRUARY 18, 2005

No. 03–932. DURA PHARMACEUTICALS, INC., ET AL. *v.* BROUDO ET AL. C. A. 9th Cir. [Certiorari granted, 542 U. S. 936.] Mo-

1135

tion of petitioners for leave to file supplemental brief after argument granted.